COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-18-00461-CR |
| Style: | Gilberto Antonio Guillen-Hernandez v. The State of Texas |
| Date motion filed*: | May 2, 2019 |
| Type of motion: | Motion for Pro Se Access to the Records and Briefs |
| Party filing motion: | Pro Se Appellant Gilberto Antonio Guillen-Hernandez |
| Document to be filed: | N/A |

Ordered that motion is:

☐ Granted

☐ Denied

☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

On December 18, 2018, appellant's appointed counsel timely filed appellant's brief on the merits and has not sought to withdraw from representing appellant, and the State's. appellee's brief was filed on April 5, 2019. *See* TEX. R. APP.P. 6.5. Accordingly, appellant's motion for pro se access to the records and briefs is **dismissed as moot** because he is currently represented by counsel and is not entitled to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001) (stating "[a]ppellants are not allowed to have hybrid representation" and appellant did not have right to file documents with appellate court while represented by counsel). Appellant's appointed counsel, **James Rivera**, is directed to contact his client regarding this motion.

Judge's signature: ____/s/ Justice Laura C. Higley_____

           x  Acting individually    ☐  Acting for the Court

Date: __May 9, 2019___